IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT THOMAS,<br>        Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5963 |
| | : | |
| PENNSYLVANIA BOARD OF<br>PAROLE AND PROBATION, et al.,<br>        Respondents. | : | |

FILED
MAR 30 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 30th day of March, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Answer thereto (Doc. No. 8), the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated February 25, 2015 (Doc. No. 10), after a thorough and independent review of the record, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.

ENTERED
MAR 30 2015
CLERK OF COURT